1 Jared S. Polis, in his official capacity as Governor of the State of Colorado, Petitioner v. Rocky Mountain Gun Owners, a Colorado nonprofit corporation; Patrick Neville, Representative; Lori Saine, House Minority Leader; and Dave Williams, Representative. Respondents No. 21SC920
Supreme Court of Colorado, En Banc
December 19, 2022

 Court
 of Appeals Case No. 20CA997

 Petition
 for Writ of Certiorari GRANTED.

 [REFRAMED]
 Whether the court of appeals misinterpreted Markwell v.
 Cooke, 2021 CO 17, in ruling that the plaintiffs'
 complaint asserting lack of compliance with the unanimity
 requirement of the Reading Clause, Colo. Const. art. V,
 § 22, "doesn't present a nonjusticiable
 political question."

 [REFRAMED]
 Whether the court of appeals erred in concluding that two of
 the plaintiff legislators suffered an injury in fact for
 purposes of standing when their requests to have the
 "Red Flag Law" bill read in full before it was
 voted on were denied.

 DENIED
 AS TO ALL OTHER ISSUES.